UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TALK FUSION, INC.,

    Plaintiff,

v.                                              Case No: 8:16-cv-1616-T-30JSS

NANCY BURLING and
ANDREW BURLING,

    Defendants.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Julie S. Sneed (Dkt. #32). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #32) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant NANCY BURLING is hereby held in CIVIL CONTEMPT.

3. The following sanctions are imposed against Nancy Burling for her violations of the Permanent Injunction (Dkt. #21):

A. Within fourteen (14) days of this Order, Nancy Burling shall pay Plaintiff $10,861.50 to reimburse Plaintiff for its attorneys' fees incurred in prosecuting Nancy Burling's violations of the Permanent Injunction;

B. Within fourteen (14) days of this Order, Nancy Burling shall disgorge any commissions or other money earned from her attempt to recruit Mr. Rodriguez to Jeunesse; and

C. Within fourteen (14) days of this Order, Nancy Burling shall pay Plaintiff a coercive fine of $3,500.00, which represents $500.00 for each of her seven violations of the Permanent Injunction.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of August, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2016\16-cv-1616 adopt 32.docx